# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| GEORGIA ANDERSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 4:02cv55-PB |
| FIRST FAMILY FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER

Currently before the Court is a Joint Stipulation of Dismissal With Prejudice as to the Claims of Certain Plaintiffs for Whom There Is No Evidence of Either a Loan Transaction or a Credit Insurance Purchase from Defendant First Family Financial Services, Inc., filed on behalf of Plaintiffs and Defendant. The Court finds the stipulation to be well-taken and hereby **ORDERS** that the claims of the following Plaintiffs are hereby **DISMISSED** with **PREJUDICE**:

| Name | Last Four Digits of Social Security Number | Unique ID |
|---|---|---|
| Laura J. Brown | 3911 | PL05560 |
| Marion Brown, | 8385 | PL08507 |
| Sharon Stevenson Brown, | 3114 | PL06729 |
| Pretennie Caldwell, | 7513 | PL07839 |
| Fannie Campbell, | 3259 | PL12122 |
| Joey Campbell, | 1643 | PL10288 |
| Mary L. Campbell, | 0413 | PL06436 |
| Reginald D. Campbell, | 6128 | PL06883 |
| Mike Carter, | 5151 | PL09192 |
| Yvonne Carter, | 2044 | PL11489 |
| Emma Causey, | 8728 | PL06925 |
| Jacqueline (Franklin) Causey, | 6503 | PL16325 |

1350120

| Name | Number | ID |
|---|---|---|
| Lessie Chandler, | 8646 | PL07465 |
| Mack Chandler, | 1039 | PL07491 |
| Melvin Christian, | 6390 | PL11205 |
| Miranda Cook, | 5740 | PL09409 |
| Barbara Cooper, | 1031 | PL07510 |
| Teresa Cooper, | 8693 | PL13231 |
| Magnolia Cox, | 1411 | PL05947 |
| Janice Crawford, | 3818 | PL11220 |
| Ruby J. Crawford, | 7710 | PL10030 |
| Dina Creel, | 4335 | PL06696 |
| Eula Crenshaw, | 0249 | PL09579 |
| Hilton Crumb, | 1165 | PL12126 |
| Jacqueline Crumb, | 7630 | PL12127 |
| Jessie Crump, | 4925 | PL10607 |
| Punch Cunningham, | 1408 | PL17328 |
| Mittie Curry, | 5346 | PL08671 |
| Brenda Davis, | 7769 | PL06180 |
| Florence Davis, | 0668 | PL11847 |
| Patricia Davis, | 3812 | PL11609 |
| Tammy Davis, | 6609 | PL06379 |
| Willie Davis, | 7114 | PL07375 |
| Ora Lee Dean, | 7807 | PL05571 |
| Rodney Estes, | 2983 | PL06309 |
| Valerie Fairley, | 1396 | PL08352 |
| Lady Fields, | 0874 | PL17612 |
| Rosie Lee Fields, | 7465 | PL05908 |

| Name | Number | PL |
|---|---|---|
| Mrs. Charles Ruth Fisher, | 7114 | PL16995 |
| Gloria J. Fleming, | 5828 | PL12153 |
| Annie Frierson, | 7337 | PL16586 |
| Patricia A. Gaines, | 9711 | PL16536 |
| Carol Garrett, | 5192 | PL08984 |
| Mary F. Gasaway, | 3522 | PL09151 |
| Percy Gates, | 3619 | PL06727 |
| Loretta Grant, | 3520 | PL12774 |
| Debbie Gray, | 2483 | PL09943 |
| Curtis Green, | 6345 | PL07508 |
| Margaret Green, | 7171 | PL12534 |
| Martha Green, | 6018 | PL12130 |
| Virginia Green, | 1704 | PL12131 |
| Melvin Griffin, | 6720 | PL07854 |
| Walter Griffin | 0977 | PL07519 |
| Jacqueline L. Harris, | 9099 | PL06526 |
| Gloria J. Hathorne, | 6385 | PL07538 |
| Daisy Hawkins, | 7168 | PL08558 |
| Marvin Hawkins, | 8875 | PL08557 |
| Janice Herbert, | 9244 | PL12154 |
| Ronnie Herbert, | 2531 | PL12275 |
| Brenda Hicks, | 4440 | PL10934 |
| Carla Hicks | 4107 | PL06555 |
| Doris Hicks, | 6089 | PL07105 |
| Jackie Hill (Cross), | 6706 | PL11075 |
| Stella Hinton, | 9032 | PL17839 |
| Verse Hodges | 3821 | PL10841 |

| Name | | |
|---|---|---|
| Elvira Jackson, | 9017 | PL11701 |
| Pernada Jackson, | 4235 | PL08130 |
| Samantha Jackson, | 1022 | PL11976 |
| Ethel James (deceased) by Henry James, | 3454 | PL04744 |
| Mary C. James, | 1646 | PL11298 |
| Nekesha Jefferson, | 3172 | PL16763 |
| Olivia Jeffries by Barbara Cox, | 2227 | PL06220 |
| LaDonna M. Jenkins, | 1233 | PL13875 |
| Estelle Johnson, | 4820 | PL12132 |
| Geraldine Johnson, | 2515 | PL03241 |
| Janice M. Johnson, | 8594 | PL10612 |
| Margaret Johnson, | 6126 | PL07679 |
| Doris Jones, | 2904 | PL07549 |
| Maurice Jones, | 4538 | PL07169 |
| Sharon Jordan, | 0423 | PL10952 |
| Lisa Kendrick | 1458 | PL14756 |
| Theodore King (dec.), | 1727 | PL08998 |
| Clifford Kinkennon, | 5080 | PL09587 |
| Yolanda Lanier, | 8207 | PL17855 |
| Kevin Lanus, | 3694 | PL16538 |
| Tishi Lanus, | 7946 | PL16539 |
| Ethel J. Layton, | 8672 | PL06404 |
| Manuel D. Longoria, | 7473 | PL06558 |
| Floyd Manning, | 6304 | PL08193 |
| Roosevelt Matthews, Sr., | 2496 | PL06560 |
| Diane McAnally, | 6139 | PL09514 |
| Fannie McGee, | 3818 | PL18031 |

| Name | Number | ID |
|---|---|---|
| J.D. McGee, | 2097 | PL18030 |
| Loretta McGehee, | 5775 | PL16376 |
| Johnnie McKnight, | 7211 | PL07341 |
| Elbert McMillian, | 3676 | PL17759 |
| Lillie McNair, | 7862 | PL15681 |
| Michael McNair, | 7340 | PL15664 |
| Dwight McPherson, | 4749 | PL12627 |
| Bonita McShan, | 9828 | PL08996 |
| Letricia N. Mealey-Gaines, | 3827 | PL16540 |
| Bobby G. Michael, | 1095 | PL09513 |
| Zetta Murph, | 4661 | PL11371 |
| Donna McCoy Murphy, | 6144 | PL09436 |
| Evelyn Myers, | 9863 | PL07564 |
| Johnette Myles, | 6909 | PL12306 |
| Johnny Nash, | 4924 | PL07277 |
| Earnest Nelson, Jr., | 7712 | PL08275 |
| Betty Newson, | 7431 | PL08711 |
| Annie Norman, | 7890 | PL17794 |
| Clinton O'Banner, | 6813 | PL12953 |
| Earl Painter, | 3639 | PL07292 |
| Lashun McGee Parker, | 9992 | PL07584 |
| Carrie Patterson, | 3699 | PL14503 |
| Daisy M. Patterson, | 5566 | PL12489 |
| Gladys Patterson, | 7051 | PL13890 |
| Sonya Patterson, | 0686 | PL09605 |
| Odesser Perrin, | 0153 | PL09444 |
| Bennie Lee Phillips, Sr., | 2128 | PL08072 |

| | | |
|---|---|---|
| Otha Phillips, | 8836 | PL08713 |
| Patricia Phillips, | 0294 | PL07562 |
| Willie Pierce, | 9723 | PL17735 |
| Aaron Poe, Jr., | 6486 | PL18035 |
| Marcus M. Poe, | 6205 | PL18037 |
| Tilla Rucker Randle, | 9155 | PL11919 |
| Nettie Ransome, | 4982 | PL06549 |
| Diane Rea, | 4908 | PL10196 |
| Reggie Reed, | 6753 | PL05549 |
| Shenia Reed, | 5294 | PL06597 |
| William Reed, | 1281 | PL06438 |
| Chiquita Reynolds, | 6170 | PL12162 |
| Dorothy M. Reynolds, | 2621 | PL12165 |
| Ida Mae Rhymes, | 2565 | PL11813 |
| Cleotha Rias, | 0687 | PL07272 |
| Charlotte Rippee, | 8362 | PL06584 |
| Phyllis Shelley, | 5877 | PL09443 |
| Thomas Shelley, | 4578 | PL09442 |
| Margaret Ann Shelton, | 7225 | PL16880 |
| Gwen Shoto, | 7631 | PL11408 |
| Diane Shumpert, | 1117 | PL10069 |
| Harry Sibley, | 7209 | PL16495 |
| Rachel Sibley, | 7426 | PL16496 |
| Ann Simpson, | 1896 | PL05593 |
| Steve Simpson, | 1203 | PL05594 |
| Lucinda Sims, | 4952 | PL10457 |
| Alfred L. Smith, | 4108 | PL12169 |

| Name | Number | PL |
|---|---|---|
| Brenda Strong Smith, | 0733 | PL10215 |
| Jacquinetta Smith, | 7621 | PL01839 |
| Parnella Springfield, | 7374 | PL06591 |
| Alfred Stewart, | 2273 | PL06461 |
| Jackie Surrell, | 2109 | PL12955 |
| Betty Tate, | 0203 | PL17867 |
| Hattie Taylor, | 9333 | PL05913 |
| Debra Taylor Terrell, | 7912 | PL12475 |
| Annie Thomas, | 7206 | PL08099 |
| Delia Thomas, | 4521 | PL12615 |
| Markes Thomas, | 1570 | PL12171 |
| Ricky Thomas, | 7317 | PL11977 |
| Shead Trimuel, | 0514 | PL16699 |
| Shirley Turner, | 0450 | PL04573 |
| Voyda Patterson Van Norman, | 0642 | PL16330 |
| Lizzie B. Walker, | 9441 | PL18236 |
| Talmon Walker, | 8449 | PL16491 |
| Cathy Ward, | 5779 | PL16045 |
| Nora (Elnoria) Warnsley, | 0986 | PL13142 |
| Charlie Washington, | 7696 | PL06478 |
| Felix Washington, | 0636 | PL08512 |
| Jerry Washington, | 9945 | PL12133 |
| Tracy Washington, | 2312 | PL06479 |
| Hulet Eugene Watson, | 6991 | PL09944 |
| Gwendolyn Fairs Webster, | 1613 | PL07083 |
| Florida M. White, | 2483 | PL06936 |
| Billie E. Williams, | 7446 | PL06965 |

| | | |
|---|---|---|
| Mae Clara Williams, | 9555 | PL15040 |
| Melissa WIlliams, | 2218 | PL17829 |
| Rebecca Williams, | 6925 | PL13149 |
| Sheila Williams, | 8960 | PL07050 |
| Janett D. Wilson, | 7996 | PL11582 |
| Marcellous Wilson, | 2764 | PL01702 |
| William Wilson, | 4338 | PL09687 |
| Leroy Wright, | 1333 | PL08156 |

SO ORDERED this the 19th day of April, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE


*s/ Heath A. Fite*
SUBMITTED BY: