IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GEORGIA ANDERSON, ROBERT
BENTLEY, all unknown parties,
AND ALL PLAINTIFFS
REFLECTED IN EXHIBIT "A" TO THE
COMPLAINT                                                                                          PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 4:02cv55-P-B

FIRST FAMILY FINANCIAL SERVICES,
INC., et al                                                                                        DEFENDANTS

## ORDER

This cause is before the Court on the plaintiffs' Motion to Stay [102-1] Motion for Summary Judgment. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion should be dismissed as moot in light of the Court's recent order denying plaintiff's Motion for Voluntary Dismissal of Certain Plaintiffs. Plaintiffs are to submit their response and brief in opposition to the defendants' Motion for Summary Judgment within ten (10) days of the entry of this Order.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Stay [102-1] Motion for Summary Judgment should be, and hereby is, DISMISSED AS MOOT. IT IS FURTHER ORDERED that the plaintiffs are to submit their response and brief in opposition to the defendants' Motion for Summary Judgment [100-1] on or before May 6, 2005.

SO ORDERED, this the 21st day of April, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE