IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**GEORGIA ANDERSON, ET AL.,** **PLAINTIFFS,**

**VS.** **CIVIL ACTION NO. 4:02CV00055-P-B**

**FIRST FAMILY FINANCIAL SERVICES,
INC., ET AL.,** **DEFENDANTS.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant First Family Financial Services, Inc.'s Motion for Summary Judgment Based on the Statute of Limitations [100-1] is hereby **GRANTED IN PART AND DENIED IN PART**; specifically,

(2) Summary judgment is granted with respect to Johnnie Conner's claims against First Family; thus,

(3) All of Johnnie Conner's claims against First Family Financial Services, Inc. are **DISMISSED WITH PREJUDICE**; and

(4) Summary judgment is denied with respect to Arnitta Clay's claims because on July 31, 2003, by agreed order, her claims were compelled to arbitration and dismissed without prejudice.

**SO ORDERED** this the 20th day of July, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE